AO 450 Judgement in a Civil Case
================================================================================

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOLORES M. ROSE,**<br>As Administratrix of THE ESTATE<br>OF EDWARD M. ROSE, II, Deceased<br>      Plaintiff<br><br>           v.<br><br>**BARRETT TOWNSHIP, LARRY<br>RAISNER and ROBERT BURNS**<br>      Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: **JUDGMENT IN A CIVIL CASE**<br>: **3:CV-09-1561**<br>:<br>:<br>: |

__XX__   Jury Verdict.

_____   Decision by Court.

IT IS ORDERED AND ADJUDGED

   that judgment is entered in favor of plaintiff, Dolores M. Rose, As Administratrix of The Estate of Edward M. Rose, II, Deceased and against defendant, Barrett Township in the amount of one hundred thousand dollars ($100,000).

July 25, 2013                              MARY E. D'ANDREA
DATE                                        CLERK

                                            *[signature]*
                                            DEPUTY CLERK