IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOLORES M. ROSE,<br>as Administratrix for THE ESTATE<br>OF EDWARD M. ROSE II, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>BARRETT TOWNSHIP, LARRY<br>RAISNER, and ROBERT BURNS,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: 3:09-CV-01561<br>: (JUDGE MARIANI)<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW, THIS 9TH DAY OF MAY, 2014**, in accordance with the Court's Memorandum Opinion denying the Defendants' requested post-trial relief, and considering that a Notice of Appeal (Doc. 168) has been filed in the above-captioned case, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion to Stay Plaintiff's Attorney's Fee Petition (Doc. 167) is **GRANTED**.

2. Plaintiffs' Motion for Award of Attorneys Fees and Expenses (Doc. 165) is **STAYED** until such time as Defendants' appeal is resolved.

Robert D. Mariani
United States District Judge